# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br>v.<br>LEON BENZER, *et al.*,<br><br>Defendants. | Case No. 2:13-cr-00018-JCM-GWF<br><br>ORDER |

Presently before the court is the matter of *United States v. Benzer et al.*, case no. 2:13-cr-00018-JCM-GWF. Petitioner Keith Gregory has filed a motion to vacate, set aside, or correct sentence under 28 U.S.C. § 2255. (ECF No. 883). The court has examined the petition and finds that further briefing is appropriate. The United States shall file a response twenty-one (21) days from the date of this order. Thereafter, Gregory will have fourteen (14) days to file a reply.

Accordingly,

IT IS HEREBY ORDERED that the United States shall file a response to Gregory's motion to vacate, set aside, or correct sentence (ECF No. 883) no later than twenty-one (21) days from the date of this order. If the United States files a response, Gregory's reply is due fourteen (14) days thereafter.

IT IS SO ORDERED.

The clerk is instructed to file this order in the instant matter and in the related civil case, case number 2:19-cv-01689-JCM.

DATED THIS 29th day of October 2019.

JAMES C. MAHAN
UNITED STATES DISTRICT JUDGE